UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
                                                        :
   WOWWEE GROUP LIMITED, *et al.*,                      :
                                                        :         17cv9893
                                      Plaintiffs,       :
                                                        :         <u>ORDER</u>
              -against-                                 :
                                                        :
   HAOQIN, *et al.*,                                    :
                                                        :
                                      Defendants.       :
                                                        :
-------------------------------------------------

WILLIAM H. PAULEY III, District Judge:

       The Clerk of Court is directed to unseal this case.

Dated: January 2, 2018
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.