# EXHIBIT A

# **AUTHENTIC FINGERLINGS PRODUCTS**



## AUTHENTIC FINGERLINGS PRODUCTS



# **AUTHENTIC FINGERERLINGS PRODUCTS**



## **AUTHENTIC FINGERLINGS PRODUCTS**

