# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-289-245**

**Effective Date of Registration:**
March 28, 2017

## Title

**Title of Work:**  FINGERLINGS MONKEY

## Completion/Publication

**Year of Completion:**  2016

## Author

- **Author:**  WowWee Group Limited
  **Author Created:**  sculpture
  **Work made for hire:**  Yes
  **Citizen of:**  Hong Kong

## Copyright Claimant

**Copyright Claimant:**  WowWee Group Limited
92 Granville Rd, Tsim Sha Tsui East, Kowloon, Hong Kong

## Certification

**Name:**  Howard R. Fine
**Date:**  March 28, 2017













# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-068-259

**Effective Date of Registration:**
September 21, 2017

## Title

**Title of Work:** Fingerlings Monkey Packaging (1L)

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** January 09, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** WowWee Group Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** WowWee Group Limited
92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, Artwork of the individual Fingerlings monkey characters; WowWee Robot Logo

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification



Inner Small Box



WowWee.

| | |
|---|---|
| Spot UV | |
| | (gray) |
| Dieline | |

**Die-Cut**
C 100          Crop Line          Fold Line

## Inner Card - A

65.704 mm

34.38 mm



## Inner Card - C

27.526 mm

30.888mm

## Inner Card - B

156.865 mm



116.404 mm

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-068-835

**Effective Date of Registration:**
September 25, 2017

---

## Title
_____

Title of Work: Fingerlings Unicorn

## Completion/Publication
_____

Year of Completion: 2017
Date of 1st Publication: August 26, 2017
Nation of 1st Publication: United States

## Author
_____

Author: WowWee Group Limited
Author Created: sculpture
Work made for hire: Yes
Citizen of: Hong Kong

## Copyright Claimant
_____

Copyright Claimant: WowWee Group Limited
92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

## Rights and Permissions
_____

Organization Name: Epstein Drangel LLP
Name: Jason M. Drangel
Email: mail@ipcounselors.com
Telephone: (212)292-5390
Address: 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification
_____

Name: Kerry B. Brownlee
Date: September 25, 2017

Page 1 of 2

















# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Feryle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-852

**Effective Date of Registration:**
September 21, 2017

---

## Title
_____

  **Title of Work:**   Fingerlings Unicorn Packaging (3L)

## Completion/Publication
_____

  **Year of Completion:**   2017
  **Date of 1st Publication:**   August 26, 2017
  **Nation of 1st Publication:**   United States

## Author
_____

  •   **Author:**   WowWee Group Limited
  **Author Created:**   2-D artwork
  **Work made for hire:**   Yes
  **Citizen of:**   Hong Kong

## Copyright Claimant
_____

  **Copyright Claimant:**   WowWee Group Limited
  92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

## Limitation of copyright claim
_____

  **Material excluded from this claim:**   2-D artwork, Artwork of individual Fingerlings unicorn characters; WowWee
  Robot Logo; preexisting artwork covered by the Fingerlings Monkey Packaging
  (1L) copyright

  **New material included in claim:**   2-D artwork

## Rights and Permissions
_____

  **Organization Name:**   Epstein Drangel LLP
  **Name:**   Jason M. Drangel
  **Email:**   mail@ipcounselors.com
  **Telephone:**   (212)292-5390
  **Address:**   60 East 42nd Street
  Suite 2520
  New York, NY 10165 United States



Inner Small Box





Dieline

## Inner Card - C



25mm

29.6mm

WowWee.

Dieline

## Inner Card - B



157mm

117mm





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-070-721

**Effective Date of Registration:**
September 25, 2017

---

## Title

**Title of Work:** Fingerlings Sloth

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** WowWee Group Limited
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** WowWee Group Limited
92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com
**Telephone:** (212)292-5390
**Address:** 60 East 42nd Street
Suite 2520
New York, NY 10165 United States

## Certification

**Name:** Kerry B. Brownlee
**Date:** September 25, 2017

Page 1 of 2

















# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-074-389

**Effective Date of Registration:**
November 06, 2017

---

## Title

**Title of Work:** Fingerlings Sloth Packaging (1L)

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 09, 2017
**Nation of 1ˢᵗ Publication:** United Kingdom

## Author

- **Author:** WowWee Group Limited
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Hong Kong

## Copyright Claimant

**Copyright Claimant:** WowWee Group Limited
92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, Artwork of individual sloth character, which is covered by VA 2-070-721; WowWee Robot Logo; pre-existing artwork covered by the Fingerlings Monkey Packaging (1L) Copyright Registration No. VA 2-068-259 **Sculpture previously registered**

**New material included in claim:** 2-D artwork, Any and all new 2-D artwork, including, without limitation, the tree artwork featured on the front and back cards, new background artwork comprised of original drawings of sloths and tree braches, the photographs on the front and back cards, as well as the selection and arrangement of such artwork in a manner that is original and distinct from the pre-existing artwork covered by the Fingerlings Monkeys Packaging (1L) Copyright Registration No. VA 2-068-259

## Rights and Permissions

**Organization Name:** Epstein Drangel LLP
**Name:** Jason M. Drangel
**Email:** mail@ipcounselors.com



Inner Small Box





WowWee.

CMYK

Dieline

Die-Cut

C 100        Crop Line        Fold Line

# Inner Card - B



153.321 mm

63.623 mm



CMYK

Dieline

Die-Cut

C 100

Crop Line

Fold Line

# Inner Card - C



26.119 mm

30 mm

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-431-649**

**Effective Date of Registration:**
November 10, 2017

## Title _____

| | |
|---|---|
| **Title of Work:** | Fingerlings Monkey User Manual |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | January 09, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | |
|---|---|
| • **Author:** | WowWee Group Limited |
| **Author Created:** | text, artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | Hong Kong |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | WowWee Group Limited |
| | 92 Granville Road, Tsim Sha Tsui East, Kowloon, Hong Kong |

## Limitation of copyright claim _____

| | |
|---|---|
| **Material excluded from this claim:** | Sculptural design of Fingerlings Monkey, covered by VA 1-289-245; Fingerlings logo; and WowWee Robot Logo |
| **New material included in claim:** | text, artwork |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Epstein Drangel LLP |
| **Name:** | Jason M. Drangel |
| **Email:** | mail@ipcounselors.com |
| **Telephone:** | (212)292-5390 |
| **Address:** | 60 East 42nd Street |
| | Suite 2520 |
| | New York, NY 10165 United States |

## Certification _____



**USER MANUAL**

More information on : http://wowwee.com/fingerlings
Assortment no.    : 3700
Age               : 5+



Manufactured and distributed by
© 2016 WowWee Group Limited.
All Rights Reserved.

| | |
|---|---|
| **WowWee Group Limited.** | Energy Plaza, 301A-C, 92 Granville Road T.S.T. East, Hong Kong |
| **WowWee Canada Inc.** | 3700 Saint Patrick Street, Suite 206, Montreal QC, H4E 1A2, Canada |
| **Customer Service:** | http://wowweezone.com |

| | |
|---|---|
| **Package Contents:** | Fingerlings™ x 1; User Manual x 1 |
| **Required:** | 4 x "LR44 / AG13" Button Cell Batteries (included) |

## OVERVIEW

Please note the following when operating Fingerlings™:

- Do not immerse Fingerlings™ or any of its parts in water or any other form of liquid.
- Do not drop, throw, or kick Fingerlings™ as this may damage mechanical functions.
- Do not leave Fingerlings™ unattended near edges from which it could fall.

## HOW TO PLAY



Cap Sensor

Microphone

Back View



**Blow air kisses to your monkey**
Your monkey will kiss you back!



**Clap once or twice**
Watch it monkey around!

**Pet your monkey's head**
Your monkey will show you love!



**Tap your monkey's head**
For fun reactions!

**Press & hold both sensors (2s)**
For a silly surprise!

**Hang your monkey upside down**
Explore your monkey's silly side!

**Cradle your monkey**
For sleepy reactions!

**SLEEP MODE:**
To conserve energy, your Fingerlings™ will enter sleep mode after 5 minutes of inactivity. Flip the power switch off and on again to bring your monkey back to life.



## BATTERY INFORMATION



4 x "LR44 / AG13" Button Cell Batteries (included)

Fingerlings™ Battery Diagram/Installation

### Installing or changing batteries in Fingerlings™:

1. Lay Fingerlings™ down so that the battery compartment faces upwards. Fingerlings™ requires 4 x "LR44 / AG13" Button Cell Batteries (included).

2. Using a Phillips screwdriver (not included) remove the screws on the battery compartment cover.

3. Remove any existing batteries and insert new batteries according to the diagram. Ensure that the positive and negative polarities match the illustrations inside the battery compartment.

4. Replace the battery compartment cover and tighten screws using the screwdriver. Do not over-tighten.

### IMPORTANT BATTERY INFORMATION:

- Use only fresh batteries of the required size and recommended type.
- Do not mix old and new batteries, different types of batteries [standard (Carbon-Zinc), Alkaline or rechargeable] or rechargeable batteries of different capacities.
- Remove rechargeable batteries from the toy before recharging them.
- Rechargeable batteries are only to be charged under adult supervision.
- Please respect the correct polarity, (+) and (-).

- Do not try to recharge non-rechargeable batteries.
- Do not dispose of batteries into fire.
- Replace all batteries of the same type/brand at the same time.
- The supply terminals are not to be short-circuited.
- Remove exhausted batteries from the toy.
- Batteries should be replaced by adults.
- Batteries should be recycled or disposed of as per state and local guidelines.

### LOW BATTERY INDICATORS:

When the batteries grow weak, Fingerlings™ will become slow and unresponsive. When this happens. Power OFF and replace all batteries.

Manufactured and distributed by © 2016 WowWee Group Limited. Product names, designations, and logos are trademarks or registered trademarks of WowWee Group Limited. All rights reserved.

Customer Service Website: http://wowweezone.com

We recommend that you retain our address for future reference.

Product and colors may vary.

Packaging printed in China.

WARNING! This product is not suitable for children under 3 years because of small parts - choking hazard.

CAN ICES-3(B)/NMB-3(B)

MADE IN CHINA

**CAUTION**

Changes or modifications not expressly approved by the party responsible for compliance could void the user's authority to operate the equipment.

**NOTE**

This equipment has been tested and found to comply with the limits for a class B digital device, pursuant to part 15 of the FCC rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try and correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna
- Increase the separation between the equipment and receiver
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected
- Consult the dealer or experienced radio/TV technician for help

This Device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:

(1)  This device may not cause harmful interference, and

(2) This device must accept any interference received, including interference that may cause undesired operation.

For full list of inputs, please visit http://wowwee.com/fingerlings

For warranty information, please visit http://wowwee.com/information/warranty

**WARNING!** This equipment may experience difficulty and/or memory loss when subjected to any electrostatic discharge, radio frequency interference, or sudden power surge/interruption. The user is encouraged to reset the equipment should any of these occur.

⚠ **WARNING:** This product contains a coin or button cell battery. A coin or button cell battery can cause serious internal chemical burns if swallowed.

⚠ **WARNING:** Swallowing may lead to serious injury in as little as 2 hours or death, due to chemical burns and potential perforation of the oesophagus. Dispose of used batteries immediately and safely. Flat batteries can still be dangerous. Keep new and used batteries away from children. If you think batteries might have been swallowed or placed inside any part of the body, seek immediate medical attention.

3700US03TOP_MIM